**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

May 22, 2009

**<u>LETTER ORDER</u>**

Re:   Roadway Express v. Bed, Bath & Beyond
      <u>Civil Action No. 08-4412 (JAG)</u>

Dear Counsel:

This Court will hold a telephone conference on **May 26, 2009 at 1:00 p.m.**  Counsel for the Plaintiff shall initiate.

**SO ORDERED.**

<pre>                                  <i>s/Esther Salas</i>
                                  <b>Esther Salas</b>
                                  <b>UNITED STATES MAGISTRATE JUDGE</b></pre>

1